# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRISTY BRATTEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-16-232-F |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On February 16, 2017, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation, wherein he recommended that defendant's decision to deny plaintiff's applications for disability insurance benefits and supplemental security income be affirmed. Magistrate Judge Jones therein advised the parties of their right to object to the Report and Recommendation by March 2, 2017, and further advised them that the failure to timely object to the Report and Recommendation waives the right to appellate review of the factual and legal issues addressed.

To date, neither party has objected to the recommended ruling nor have they sought an extension of time to file an objection. With no objection filed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones (doc. no. 21) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. Defendant's decision to deny plaintiff's applications for disability

insurance benefits and supplemental security income is **AFFIRMED**.  Judgment shall issue forthwith.

    IT IS SO ORDERED this 3rd day of March, 2017.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

16-0232p002.docx